

# STATE OF NEW YORK
## OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN  
Attorney General

STATE COUNSEL DIVISION  
Litigation Bureau

Writer Direct: (518) 776-2293  
John.Moore@ag.ny.gov

April 7, 2017

**Hon. Daniel J. Stewart, U.S. Magistrate Judge (via ECF)**  
United States District Court  
Northern District of New York  
James T. Foley U.S. Courthouse  
445 Broadway, Room 441  
Albany, NY 12207

Re:   *Oliver v NYS Police*  
       Northern District of New York  
       15-CV-0444 (BKS)(DJS)

Dear Judge Stewart:

This office represents Defendants in this litigation.  Per FRCP 4(a)(4)(A), Defendants' Answer to the Verified Second Amended Complaint is due today.

Due to a necessary contact at the New York State Police being out of the office, Defendants require an additional week to serve their Answer.  Plaintiff's counsel has kindly consented to the extension.  Defendants respectfully request that the deadline to serve an answer be extended one week to **April 14, 2017**, on consent.

Thank you for your kind consideration to this request.

Respectfully yours,

s/ *John F. Moore*  
John F. Moore, A.A.G.  
Attorney for Defendants  
Office of the Attorney General, Litigation Bureau  
The Capitol  
Albany, New York 12224-0341  
Phone: 518-776-2293  
Email: John.Moore@ag.ny.gov

JFM/jfm

cc:     **Harvey P. Sanders, Esq. (via ECF)**
        **David J. DeChellis, Esq. (via ECF)**
        Sanders & Sanders
        401 Maryvale Drive
        Cheektowaga, New York 14225