

# STATE OF NEW YORK
## OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN  
Attorney General

STATE COUNSEL DIVISION  
Litigation Bureau

Writer Direct: (518) 776-2293  
John.Moore@ag.ny.gov

May 10, 2017

**Hon. Daniel J. Stewart, U.S. Magistrate Judge (via ECF)**  
United States District Court  
Northern District of New York  
James T. Foley U.S. Courthouse  
445 Broadway, Room 441  
Albany, NY 12207

Re:   *Oliver v NYS Police*  
      Northern District of New York  
      15-CV-0444 (BKS)(DJS)

Dear Judge Stewart:

      This office represents Defendants in this litigation. As the Court is aware, an investigation regarding potential conflicts in representation concerning the multiple defendants in this litigation is currently being conducted. Per the Court's April 14, 2017 Order [Dkt. 69], Defendants are obligated to respond to the Complaint on or before May 15, 2017.

      I've been advised by the individuals conducting the conflict review that it is taking longer than anticipated to complete the investigation. Defendants respectfully request an additional 30-day period to complete the investigation so that conflict/representational issues, if any, can be identified and resolved before an Answer is filed.

      I have inquired with Plaintiff's counsel, David DeChelis, Esq., regarding this request and have been advised that Plaintiff's position has not changed regarding extensions.

      Thank you for your kind consideration to this request.

                                  Respectfully yours,

                              s/ *John F. Moore*

                              John F. Moore, A.A.G.
                              Attorney for Defendants
                              Office of the Attorney General, Litigation Bureau
                              The Capitol
                              Albany, New York 12224-0341
                              Phone: 518-776-2293
                              Email:  John.Moore@ag.ny.gov

JFM/jfm

cc:     **Harvey P. Sanders, Esq. (via ECF)**
        **David J. DeChellis, Esq. (via ECF)**
        Sanders & Sanders
        401 Maryvale Drive
        Cheektowaga, New York 14225