

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

ERIC T. SCHNEIDERMAN
Attorney General

STATE COUNSEL DIVISION
Litigation Bureau

Writer Direct: (518) 776-2293
John.Moore@ag.ny.gov

May 31, 2017

**Hon. Daniel J. Stewart, U.S. Magistrate Judge (via ECF)**
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, NY 12207

Re:     *Oliver v NYS Police*
        Northern District of New York
        15-CV-0444 (BKS)(DJS)

Dear Judge Stewart:

        This office represents Defendants in this litigation.  As the Court is aware, an investigation regarding potential conflicts in representation concerning the multiple Defendants in this litigation has been ongoing.

        I have been advised that the Office of the Attorney General (OAG) has uncovered a conflict that makes it inappropriate for the OAG to continue to represent the Defendants.  This office is in the process of certifying outside counsel to represent the Defendants pursuant to Public Officers Law §17, and informing the Defendants of that certification.

        This office respectfully requests an additional 45 days to permit time for certification of outside counsel, and so that new counsel may appear for the Defendants.

        Thank you for your kind consideration to this request.

Respectfully yours,

_s/_ *John F. Moore*

John F. Moore, A.A.G.
Attorney for Defendants
Office of the Attorney General, Litigation Bureau
The Capitol
Albany, New York 12224-0341
Phone: 518-776-2293
Email: John.Moore@ag.ny.gov

JFM/jfm

cc:    **Harvey P. Sanders, Esq. (via ECF)**
       **David J. DeChellis, Esq. (via ECF)**
       Sanders & Sanders
       401 Maryvale Drive
       Cheektowaga, New York 14225