## FW: Message from Oliver Jean (7165233707)

From: Daniel J. Moore (dmoore@harrisbeach.com)
To: joliver3522@verizon.net
Cc: ljoslin@gdwo.net; jsteele@harrisbeach.com; dpalermo@harrisbeach.com
Date: Wednesday, March 2, 2022, 05:07 PM EST

Hello Ms. Oliver,

I have received your message asking whether I have current addresses for the individuals you have listed as witnesses and for whom you are seeking subpoenas from the Court. While we may have some of the addresses you are seeking, we are not in a position to provide this information until the Court decides whether to issue subpoenas.

Let me know if you need additional information.

Regards,

**Daniel J. Moore**
Partner

**HARRIS BEACH** PLLC
ATTORNEYS AT LAW
99 Garnsey Road
Pittsford, NY 14534
585.419.8626  Direct
585.419.8801  Fax
585.419.8800  Main
Website  |  Bio  |  Add to Contacts

practiceGREEN
Save a tree. Read, don't print, emails.

**From:** Cisco Unity Connection Messaging System <unityconnection@roc-uc-01.harrisbeach.com>
**Sent:** Wednesday, March 2, 2022 12:18 PM
**To:** djm@roc-uc-01.harrisbeach.com
**Subject:** Message from Oliver Jean (7165233707)

**Statement of Confidentiality**
This electronic message may contain privileged or confidential information. If you are not the intended recipient of this e-mail, please delete it from your system and advise the sender.

VoiceMessage.wav
356.1kB



**FROM:** Jean Oliver
2 South Shore Drive
Elma, NY 14059
Phone: (716) 523-3707

**TO:** Honorable Brenda K. Sannes
U.S. District Judge
Federal Building & U.S. Courthouse
PO Box 7336
Syracuse, NY 13261
Phone: (315) 234-8593
ZIP+4: 13261

PO ZIP Code: 14224
Scheduled Delivery Date: 3/5
Postage: $26.95
Date Accepted: 3/4
Time Accepted: 2304
Total Postage & Fees: $26.95

U.S. DISTRICT COURT
JOHN M. DOMUR[?], CLERK
MAR 07 2022
RECEIVED

EI 181 882 840 US
MAR 07 2022